# COMMERCIAL INLAND MARINE

# COMMERCIAL INLAND MARINE

One Tower Square, Hartford, Connecticut 06183

Travelers

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

**POLICY NUMBER:** QT-660-221D040A-TIL-03
**ISSUE DATE:** 01-26-04

**INSURING COMPANY:**
THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS

Declarations Period: From 12-31-03 to 12-31-04 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

**I. COVERED PROPERTY AND LIMITS OF INSURANCE**

**IM PAK COVERAGE**

**"CONTRACTORS EQUIPMENT"**

| COVERED ITEMS | LIMITS OF INSURANCE | |
|---|---|---|
| LISTED ITEMS | $ 1,410,641 | |
| UNLISTED ITEMS | $ 156,400 | |
| LEASED or RENTED ITEMS | $ 100,000 | per item |
| COVERAGE EXTENSIONS | | |
| Newly Purchased "Contractors Equipment" | $ 100,000 | |
| "Replacement Items" | | |
| Rental Cost | $ 5,000 | per item |
| "Loss" to any one "Replacement Item" | $ 100,000 | per item |
| "Maximum Amount of Payment" | $ 1,567,041 | |

**"COMPUTERIZED BUSINESS EQUIPMENT"**

Loc 2 Bldg 2

ADDRESS LIMITS OF INSURANCE

30-50 LOCKBRIDGE STREET
PAWTUCKET RI 02860

| | |
|---|---|
| "Hardware Limit of Insurance" | $ 125,000 |
| "Software Limit of Insurance" | No Coverage |
| "Extra Expense and Business Income Limit of Insurance" | No Coverage |
| "Earth Movement Limit of Insurance" | $ 125,000 |
| "Earth Movement Annual Aggregate Limit of Insurance" | $ 125,000 |
| "Flood Limit of Insurance" | $ 125,000 |
| "Flood Annual Aggregate Limit of Insurance" | $ 125,000 |

Loc 9 Bldg 9

ADDRESS LIMITS OF INSURANCE

UNNAMED LOCATION
PAWTUCKET RI 02860

| | |
|---|---|
| "Hardware Limit of Insurance" | $ 10,000 |
| "Software Limit of Insurance" | No Coverage |
| "Extra Expense and Business Income Limit of Insurance" | No Coverage |
| "Earth Movement Limit of Insurance" | $ 10,000 |
| "Earth Movement Annual Aggregate Limit of Insurance" | $ 10,000 |
| "Flood Limit of Insurance" | $ 10,000 |

One Tower Square, Hartford, Connecticut 06183 Travelers

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

**POLICY NUMBER:** QT-660-221D040A-TIL-03
**ISSUE DATE:** 01-26-04

**INSURING COMPANY:**
THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS

Declarations Period: From 12-31-03 to 12-31-04 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

**I. COVERED PROPERTY AND LIMITS OF INSURANCE CONTINUED**

| | | |
|---|---|---|
| "Flood Annual Aggregate Limit of Insurance" | $ | 10,000 |

**"INSTALLATION"**

The property installed consists primarily of:

LOCATION, DESCRIPTION AND COINSURANCE PERCENTAGE

| "Job site" | Description | Coinsurance Percentage |
|---|---|---|
| 1 | ALL JOB SITES OF THE INSURED. | 0% |

LIMITS OF INSURANCE
"Job site": 1

| | | |
|---|---|---|
| "Basic Limit of Insurance" | $ | 500,000 |
| "Earth Movement Limit of Insurance" | $ | 1,000,000 |
| "Earth Movement Annual Aggregate Limit of Insurance" | $ | 1,000,000 |
| "Flood Limit of Insurance" | $ | 1,000,000 |
| "Flood Annual Aggregate Limit of Insurance" | $ | 1,000,000 |
| Temporary Storage Limit of Insurance: | $ | 2,500,000 |
| Transit Limit of Insurance: | $ | 1,000,000 |
| "Maximum Amount of Payment": | $ | 2,500,000 |

**II. DEDUCTIBLE**

"CONTRACTORS EQUIPMENT"

| | |
|---|---|
| "Specific Deductible" | See Deductible Schedule |
| "Basic Deductible" | $ 2,500 |

"COMPUTERIZED BUSINESS EQUIPMENT"

| | |
|---|---|
| "Basic Deductible" | $ 1,000 |
| "Breakdown Deductible" | $ 1,000 |

Loc 2 Bldg 2

| | |
|---|---|
| "Earth Movement Deductible" | $ 1,000 |
| "Flood Deductible" | $ 1,000 |

Loc 9 Bldg 9

| | |
|---|---|
| "Earth Movement Deductible" | $ 1,000 |
| "Flood Deductible" | $ 1,000 |

"INSTALLATION"

One Tower Square, Hartford, Connecticut 06183

Travelers

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

**POLICY NUMBER:** QT-660-221D040A-TIL-03
**ISSUE DATE:** 01-26-04

**INSURING COMPANY:**
THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS

Declarations Period: From 12-31-03 to 12-31-04 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

**II. DEDUCTIBLE CONTINUED**

"Job site": 1

| | | |
|---|---|---|
| "Basic Deductible": | $ | 1,000 |
| "Earth Movement Deductible": | $ | 25,000 |
| "Flood Deductible": | $ | 25,000 |

**III. PREMIUM SUMMARY**

The policy premium includes the premiums shown below. Deposit Premiums are subject to adjustment as specified in the Reporting Provisions.

| | REPORTING PROVISIONS | Premium |
|---|---|---|
| "CONTRACTORS EQUIPMENT" | | |
| Leased or Rented Items | | |
| Deposit | | $ 1,000 |
| Premium Base: Annual Rental Expense | $ 25,000 | |
| Adjustment Rate | $ 4 | |
| Reporting Period | Annual | |
| Adjustment Period | Annual | |
| Non Adjusted Premium | Not Applicable | $ 13,320 |
| "COMPUTERIZED BUSINESS EQUIPMENT" | Not Applicable | $ 540 |
| "INSTALLATION" | | |
| Deposit: | | $ 2,250 |
| Reporting Period: | Annual | |
| Adjustment Period: | Annual | |
| Adjustment Rate: | | |
| "Job Site": | 1 | |
| Rate: | $ .125 | |
| | PREMIUM: | $ 17,110 |
| | "MINIMUM EARNED PREMIUM": | $ 5,000 |

NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.

POLICY NUMBER: QT-660-221D040A-TIL-03

COMMERCIAL INLAND MARINE
ISSUE DATE: 01-26-04

# IM PAK® COVERAGE SUMMARY

This Coverage Part covers the following:

"Computerized Business Equipment"
"Installation"
"Contractors Equipment"

This Coverage Part includes the following coverage form:

IM PAK® COVERAGE FORM

IZ 028 04 0462 0275 0475 0440 0424 0435 0079

This Coverage Part includes the following modifiers:

| | |
|---|---|
| 0462 | Exception to IL T3 55 Date-Related Loss Excl |
| 0275 | List Of Property On File - CE |
| 0475 | Programming Errors E |
| 0440 | Minimum Earned Premium |
| 0424 | Earth Movement Annual Aggregate Limit |
| 0435 | Flood Annual Aggregate Limit |
| 0079 | Rpt Prov - IS CE Leased/Rented Items |

# IM PAK® COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F - DEFINITIONS.

ENDORSEMENT IL T3 55 08 98 "EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES DUE TO DATES OR TIMES", IF ATTACHED TO THIS POLICY, DOES NOT APPLY TO THIS IM PAK COVERAGE PART.

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means:

a. "Contractors Equipment";

b. "Computerized Business Equipment";

c. "Installation".

### 2. Covered Causes of Loss

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" except those causes of "loss" listed in the Exclusions.

### 3. "Extra Expense" and "Business Income"

We will pay your necessary "Extra Expense" to continue normal operations following "loss" from a Covered Cause of Loss to:

a. "Computerized Business Equipment";

b. The building where "Computerized Business Equipment" is kept if you are prevented from using the "Computerized Business Equipment" as a result of the "loss";

c. Any building other than the building where "Computerized Business Equipment" is kept if you are prohibited from using the "Computerized Business Equipment" by a governmental authority as a result of the "loss";

d. Any temperature, climate control or electrical system needed for the operation of "Computerized Business Equipment".

We will also pay the amount by which your "Business Income" is actually reduced during the "period of restoration" if you must close all or any part of your business due to "loss" to "Computerized Business Equipment" from a Covered Cause of Loss.

But we will not pay more in any one "loss" than the applicable Limit of Insurance shown in the Declarations for your combined "Extra Expense" and "Business Income".

**4. Coverage Extensions**

We will pay for "loss" from a Covered Cause of Loss for each of the following Coverage Extensions:

**a. Newly Acquired Property**

If during the policy period you acquire a financial interest in property of the type already covered by this policy we will cover the property for up to 90 days. You will report the property within 90 days from the date acquired and will pay any additional premium due. If you do not report the new property, we will not pay for "loss" to the new property.

The most we will pay in any one "loss" under this Coverage Extension is the highest "combined limits", up to $250,000.

This Coverage Extension only applies to "Computerized Business Equipment".

**b. Newly Purchased "Contractors Equipment"**

If during the policy period you purchase items of the type already covered by this Coverage Part as Listed and Unlisted Items, we will cover the items for up to 90 days. You will report the items within 90 days from the date purchased and will pay any additional premium due. If you do not report the new items, we will not pay for "loss" to the new items.

The most we will pay under this Coverage Extension is the Limit of Insurance shown in the Declarations for Newly Purchased "Contractors Equipment". Any payment made under this extension will not increase the "Contractors Equipment" "Maximum Amount of Payment" shown in the Declarations.

**c. "Computerized Business Equipment" at Newly Acquired Premises**

If you acquire new premises, we will cover "Computerized Business Equipment" at the new premises, for up to 90 days. You will report the new premises within 90 days from the date you acquire them and will pay any additional premium due. If you do not report the new premises, coverage under this extension will cease 90 days from the date you acquired the new premises.

The most we will pay in any one "loss" under this extension is the highest "combined limits", up to $250,000.

**d. "Computerized Business Equipment" in Transit Or while Not At Your Locations**

We will pay for "loss" to "Computerized Business Equipment" while:

(1) In transit; or

(2) While temporarily not at your "locations".

The most we will pay in any one "loss" under this extension is the highest "combined limits", up to a maximum of $75,000. But, if the "Computerized Business Equipment" is moved due to impending danger of "loss" from a Covered Cause of Loss, we will pay for "loss" up to the applicable Limit of Insurance shown in the Declarations.

**e. Fire Protective Systems**

We will pay for your expense to recharge or refill your fire protective systems that protect Covered Property.

The most we will pay in any one "loss" under this extension is $75,000.

**f. Construction Equipment, Landscaping and Signs**

(1) We will pay up to the applicable "Basic Limit of Insurance" for "loss" to fencing, cribbing, scaffolds, and construction forms used at the "job site".

Any payment under this Additional Coverage will not increase the applicable Limit of Insurance shown in the Declarations.

(2) We will pay for trees, plants, shrubs, lawns, and signs located at the "job site". We will only cover "loss" to this property that is caused by or results from fire, lightning, explosion, riot, civil commotion, aircraft, vandalism, vehicles, "sink hole collapse", or volcanic action. The most we will pay for "loss" to this property is $10,000.

**g. Valuable Papers and Records**

We will pay your costs to research, replace, or restore lost or damaged valuable papers and records, including those which are on computer software, for which there are no duplicates. The most we will pay for "loss" to this property is $10,000.

But we will not pay for "loss" to accounts, bills, deeds, evidences of debt, currency, money, notes or securities.

**h. Duplicate "Software"**

We will pay for "loss" to your duplicate or back-up "Software" if it is kept at premises that are separate from where the original "Software" is kept.

The most we will pay in any one "loss" under this extension is the highest "combined limits", up to a maximum of $75,000.

**i. "Replacement Items"**

(1) Rental Costs: We will pay your necessary costs to rent "replacement items". Coverage will start 24 hours after you report the "loss" to us, and will end when one of the following first occurs:

(a) Your "Contractors Equipment" to which the "loss" occurred is repaired or replaced;

(b) The "replacement item" is no longer needed.

The most we will pay for your Rental Costs is the applicable Limit of Insurance shown in the Declarations.

(2) "Loss" to "Replacement Items": We will pay for "loss" caused by or resulting from a Covered Cause of Loss to "replacement items". Coverage will start when you assume liability for "replacement items", and will end when your Rental Costs coverage for your "Contractors Equipment" to which the "loss" occurred ends. We will also pay for "loss" while "replacement items" are in transit to or from the owner if you are liable for the item at the time of "loss".

The most we will pay in any one "loss" to "replacement items" is the applicable Limit of Insurance shown in the Declarations.

**5. Additional Coverages**

a. Ordinance or Law

(1) In the event of a "loss" to "Installation" from any of the Covered Causes of Loss we will pay:

(a) For loss or damage caused by any enforcement of any ordinance or law that:

(i) Requires the demolition of parts of the same Covered Property not damaged by a Covered Cause of Loss;

(ii) Regulates the construction, or repair of buildings, or establishes zoning or land use requirements at the "job site"; and

(iii) Is in force at the time of "loss".

(b) The increased cost to repair, rebuild or construct Covered Property caused by enforcement of building, zoning or land use ordinance or law. If the Covered Property is repaired or rebuilt, it must be intended for similar occupancy as the current Covered Property, unless otherwise required by zoning or land use ordinance or law.

(c) The cost to demolish and clear the "job site" of undamaged parts of the Covered Property caused by enforcement of the building, zoning or land use ordinance or law.

(2) We will not pay for increased costs under this Additional Coverage:

(a) Until the Covered Property is actually repaired or replaced, at the same "job site" or elsewhere; and

(b) Unless the repairs or replacement are made as soon as reasonably possible after the "loss", not to exceed 2 years. We may extend this period in writing during the 2 years.

(3) We will not pay under this Additional Coverage for costs associated with the enforcement of any ordinance or law that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

(4) The most we will pay under this Additional Coverage is:

(a) If the Covered Property is repaired or replaced at the same "job site", the amount you actually spend to:

(i) Demolish and clear the "job site"; and

(ii) The increased cost to repair, rebuild or construct the Covered Property but not for more than property of the same height, floor area and style at the same "job site".

(b) If the Covered Property is not repaired or replaced at the same "job site":

(i) The amount you actually spend to demolish and clear the "job site"; and

(ii) The increased cost to replace, at the same "job site", the damaged or destroyed Covered Property with other property:

- Of comparable material and quality;

- Of the same height, floor area and style; and

- Used for the same purpose.

However, in no event will we pay for "loss" in any one occurrence an amount that is more than the least of:

(a) 10% of the applicable "Basic Limit of Insurance"; or

(b) $100,000.

**b. Debris Removal**

(1) We will pay for your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of the "loss".

(2) The most we will pay under this Additional Coverage is 25% of the amount we pay for direct "loss" to Covered Property plus the deductible in this Coverage Part applicable to that "loss". Any payment will not increase the applicable Limit of Insurance. But, if the debris removal expense exceeds the amount calculated above, or if the sum of our payments for direct "loss" and debris removal exceeds the applicable Limit of Insurance shown elsewhere in this Coverage Part, we will pay up to $75,000 in any one occurrence as an additional amount of insurance.

(3) We will not pay for your expense to extract "pollutants" from land or water, or to remove, restore, or replace polluted land or water under this Additional Coverage.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000 for your liability for Fire Department Service Charges:

(1) Assumed by contract or agreement prior to "loss"; or

(2) Required by local ordinance.

No deductible applies to this Additional Coverage.

d. Pollutant Clean Up and Removal

(1) We will pay your expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss to Covered Property that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of the "loss".

(2) This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

(3) The most we will pay under this Additional Coverage for:

(a) All unlisted locations is $10,000 for the sum of all such expenses arising out of Covered Cause of Loss occurring during each separate 12 month period of this policy.

(b) Each listed location or "job site" is $10,000 for the sum of all such expenses arising out of Covered Cause of Loss occurring during each 12 separate month period of this policy.

**e. Expediting Costs and Additional Cost of Construction Materials and Labor**

(1) We will pay for the following costs made necessary by a Covered Cause of Loss to Covered Property at the "job site":

(a) Your costs to expedite repair of Covered Property; or

(b) Your increased cost of construction materials and labor.

(2) The most we will pay under this Additional Coverage is the least of:

(a) 5% of the applicable "Basic Limit of Insurance"; or

(b) $100,000 25,000

**f. Reward Coverage**

We will reimburse you for reward(s) expense you have incurred leading to:

(1) The successful return of undamaged stolen articles to a law enforcement agency;or

(2) The arrest and conviction of any person(s) who have damaged or stolen any of your Covered Property.

We will pay 25% of the covered loss, prior to the application of any Deductible and recovery, up to a maximum of $2,500 in any one occurrence for the reward payments you make. These reward payments must be documented. The amount payable is in addition to the Limits of Insurance shown in the Declarations.

No Deductible applies to this Additional Coverage.

**B. EXCLUSIONS**

1. We will not pay for "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Governmental Action**

Seizure or destruction of property by order of governmental authority. But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

This exclusion does not apply to "Computerized Business Equipment".

**b. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if "loss" by fire results, we will pay for the resulting "loss".

**c. War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

d. Ordinance or Law

Except as may be provided under the Additional Coverages, the enforcement of any ordinance or law:

(1) Regulating the construction, use or repair of any property; or

(2) Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion applies only to "Installation".

2. We will not pay for "loss" caused by or resulting from any of the following:

a. Delay, loss of use or loss of market.

This exclusion does not apply to "Contractors Equipment", or as may be covered by the "EXTRA EXPENSE" and "BUSINESS INCOME" provision of this policy.

b. Dishonest or criminal acts by you, any of your partners, directors, trustees or officers:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

c. Shortage found when taking inventory.

This exclusion does not apply to "Computerized Business Equipment".

d. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

This exclusion does not apply to "Computerized Business Equipment".

e. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if "loss" by any of the "specified causes of loss" results, we will pay for that resulting "loss" caused by the "specified causes of loss".

f. Suspension, lapse or cancellation of any lease, license, contract, or order that applies to "Computerized Business Equipment".

g. Programming errors, including but not limited to:

(1) The inability of Covered Property to correctly recognize, process, distinguish, interpret or accept dates,times or other data; or

(2) Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems due to the inability of Covered Property to correctly recognize, process, distinguish, interpret or accept dates times or other data.

But if "loss" by "specified causes of loss" results, we will pay for that resulting "loss".

We will not pay for repair, replacement or modification of Covered Property to correct any deficiencies or change any features.

3. We will not pay for "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

a. Hidden or latent defect, mechanical breakdown or failure (including rupture or bursting caused by centrifugal force), or any quality in the property that causes it to damage or destroy itself.

This exclusion does not apply to "Computerized Business Equipment".

b. Corrosion, rust or dampness.

But this exclusion does not apply to "Computerized Business Equipment".

c. Electrical breakdown or failure.

This exclusions applies only to "Contractors Equipment".

d. Freezing or overheating.

This exclusion applies only to "Contractors Equipment".

e. Wear and tear, gradual deterioration.

f. Repair process or work on Covered Property.

This exclusion applies only to "Contractors Equipment".

g. The failure of power or other utility service supplied to your "locations". But we will pay for "loss" to "Computerized Business Equipment":

(1) If the failure results from a Covered Cause of Loss to the power or other utility service at or within 1,000 feet of your "location".

(2) If the failure occurs away from your "location" and was the result of "loss" from a Covered Cause of Loss, to any of the following which supply electricity, steam or gas to your "location":

(a) Utility generating plants;

(b) Switching stations;

(c) Substations;

(d) Transformers; or

(e) Other equipment (excluding overhead power or utility transmission lines).

(3) If the failure was the result of direct physical damage from lightning to the power or other utility service.

This exclusion applies only to "Computerized Business Equipment".

h. Omission in, or faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting, design or specifications; or

(2) Materials, workmanship or maintenance.

This exclusion applies only to "Installation".

i. Settling, cracking, shrinking or expanding.

This exclusion applies only to "Installation".

j. Weather conditions. But this exclusion only applies if weather conditions contribute concurrently or in sequence with:

(1) "Flood", unless an amount is shown under "Flood Limit of Insurance" in the Declarations for the "job site" where the "loss" occurred;

(2) "Earth movement", unless an amount is shown under "Earth Movement Limit of Insurance" in the Declarations for the "job site" where the "loss" occurred: or

(3) "Loss" excluded in Section B - Exclusions parts 1.a., 1.b., 1.c, and 1.d.

But this exclusion applies only to "Installation".

## C. LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations. The "Job Site" Limits of Insurance shown in the "Installation" Declarations apply separately to each "job site" for which you have a specific construction contract. But in the event coverage for "loss" is provided under the Coverage Extensions or Additional Coverages, the Limits of Insurance stated within the specific Coverage Extension or Additional Coverage will apply as additional amounts of insurance, unless otherwise stated within the Coverage Extension or Additional Coverage.

If a title for a Limit of Insurance appears in quotations in the Declarations, that limit has a special meaning and may act to reduce or eliminate coverage under some circumstances. Refer to Section F - Definitions.

## D. DEDUCTIBLE

1. "Loss" To One Type of Covered Property In Any One Occurrence

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" exceeds the applicable Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.

2. "Loss" To Two Or More Types of Covered Property In Any One Occurrence

We will:

a. Adjust separately the "loss" to each type of Covered Property;

b. Not pay for "loss" to a type of Covered Property in any one occurrence until the amount of that adjusted "loss" exceeds the applicable Deductible shown in the Declarations; and

c. Pay the amount of each adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.

If the sum of the applicable "basic deductibles" exceeds the Policy Deductible shown in the Declarations, we will not deduct more than the Policy Deductible in any one occurrence of "loss".

If a title for a Deductible appears in quotations in the Declarations, that Deductible has a special meaning and may act to reduce or eliminate coverage under some circumstances. Refer to Section F - Definitions.

## E. ADDITIONAL COVERAGE CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions.

**1. Where Coverage Applies**

We cover property other than "laptop and portable computerized equipment" that is in:

a. The United States of America;

b. Puerto Rico; or

c. Canada.

But we do not cover property that is in transit to or from Hawaii or Puerto Rico.

We cover "laptop and portable computerized equipment" while located anywhere in the world.

**2. Coinsurance**

You must maintain minimum limits of insurance on only the following types of Covered Property.

a. "Installation"

The "Basic Limit of Insurance" for each "job site" shown in the Declarations must equal the actual cash value of the "Installation" at that "job site", at the time of "loss", times the "Installation" Coinsurance Percentage for that "job site" shown in the Declarations or you will incur a penalty.

The penalty is that we will only pay the proportion of the "loss" that the applicable "Basic Limit of Insurance" bears to the actual cash value of the "Installation" at that "job site", at the time of "loss", times the "Installation" Coinsurance Percentage for that "job site".

b. "Contractors Equipment"

(1) Listed Items

The Limit of Insurance for each item shown in the Declarations must equal at least 80% of its actual cash value at the time of "loss" or you will incur a penalty.

The penalty is that we will pay only the proportion of any "loss" to each item that the Limit of Insurance for the item bears to 80% of its actual cash value at the time of "loss".

(2) Unlisted Items

The Unlisted Item Limit of Insurance shown in the Declarations must equal at least 80% of the actual cash value of all Unlisted Items at the time of "loss" or you will incur a penalty.

The penalty is that we will pay only the proportion of any "loss" that the Limit of Insurance for Unlisted Items bears to 80% of the actual cash value of all Unlisted Items at the time of "loss".

The coinsurance penalty does not apply to items leased, rented or borrowed from others unless they are shown as Listed Items.

**3. When Coverage for "Installation" Will End**

Coverage for "Installation" will end when any one of the following first occurs:

a. This policy expires or is cancelled; or

b. Your interest ceases.

**4. Reporting Provisions**

a. Reports

Within 30 days after the end of the Reporting Period shown in the Declarations, you must report to us the applicable Premium Base outlined below for each type of Covered Property.

All reports must be in writing on the forms provided by us.

(1) "Contractors Equipment" - Leased or Rented Items

The Premium Base is your actual expense incurred (paid and owed) to lease or rent items from others during the Reporting Period.

(2) "Installation"

The Premium Base is your Actual Amount of Gross Sales earned (collected and uncollected) from your business activities insured under this policy as "Installation" during the Reporting Period.

b. Premiums

(1) Premium Computation and Adjustment

Your Deposit Premium is computed using the applicable Adjustment Rate shown in the Declarations and your estimated Premium Base. Your Actual Premium will be computed at the end of each Premium Adjustment Period by multiplying the applicable Adjustment Rate by the applicable Premium Base you reported to us.

We will subtract the Actual Premium from the Deposit Premium until it is used up. You will then pay us the additional premium that exceeds the Deposit Premium. All additional premium is due and payable as of the date of each Premium Adjustment.

We will pay you any unused amount of your Deposit Premium at the end of the Policy Period.

(2) Cancellation

If this policy is cancelled, you will report your Premium Base for the Covered Property from the last Premium Adjustment Period up to and as of the date of cancellation.

c. Records

You must keep accurate records of all transactions used to develop the Premium Base required for Premium Adjustment.

**5. Valuation**

In the event of "loss", the value of your Covered Property at the time of "loss" will be determined as follows:

**a. "Installation"**

The value of Covered Property will be the least of the following:

(1) The actual cash value of that property, including your labor, reasonable profit and delivery charges;

(2) The cost of reasonably restoring that property to its condition immediately before "loss";

(3) The cost of replacing that property with substantially identical property; or

(4) Your legal liability for property of others.

**b. "Contractors Equipment"**

The value of Covered Property will be the least of the following:

(1) The actual cash value of that property.

But in the event of partial "loss", not exceeding 20% of the Limit of Insurance applicable to the Covered Property, no depreciation will be applied in the settlement of the claim. This provision only applies to property that is less than 10 years old at the time of "loss";

(2) The cost of reasonably restoring that property to its condition immediately before "loss";

(3) The cost of replacing that property with substantially identical property; or

(4) Your legal liability for property of others.

c. **"Computerized Business Equipment"**

(1) The value of the "hardware" will be the least of the following:

(a) The cost to replace the "hardware" with identical unused "hardware";

(b) The cost to repair the "hardware";

(c) The amount you actually spend to repair or replace the "hardware";

(d) The cost to replace the "hardware" with unused property of similar quality and function if the "hardware" cannot be replaced with identical unused "hardware";

(e) The cost to replace the "hardware" with property of similar quality and function if you do not actually repair or replace it; or

(f) Your legal liability for property of others.

(2) The value of "software" will be the cost to reproduce or replace the "software". But if it is not reproduced or replaced, we will only pay the blank value of the "software".

**F. DEFINITIONS**

1. "Basic Limit of Insurance" means the most we will pay for "loss" in any one occurrence unless a more specific Limit of Insurance for the applicable "loss" is shown in the Declarations or elsewhere in the policy.

   If a more specific Limit of Insurance for the applicable "loss" is shown, the "Basic Limit of Insurance" will not apply.

2. "Basic Deductible" means the Deductible applicable in any one occurrence of "loss" unless a more specific Deductible for the applicable Covered Cause of Loss is shown in the Declarations or elsewhere in the Coverage Part.

3. "Business Income" means:

   a. Your net income that would have been earned had no "loss" occurred; and

   b. Normal payroll and expenses which are necessary for you to operate your business after "loss".

4. "Combined limits" means the sum of the limits for "Hardware", "Software" and "'Extra Expense' and 'Business Income'" at any one "location".

5. "Computerized Business Equipment" means:

   a. "Hardware";

   b. "Software"

   that you own or lease, or that is in your care, custody or control and for which you are legally liable.

   "Computerized Business Equipment" does not include:

   a. Property while it is not at your "locations", except as covered in the Coverage Extensions of this policy;

b. Property leased or rented to others while it is not at your "locations";

c. Contraband, or property in the course of illegal transit or trade;

d. Accounts, bills, evidences of debt, valuable papers, records, abstracts, deeds, manuscripts, or other documents unless they are in the form of "software", and then only in that form;

e. "Software" which cannot be replaced with other of the same kind or quality, unless it is specifically listed on a schedule attached to this policy.

6. "Contractors Equipment" means mobile machinery and equipment normally used in the construction industry consisting of:

a. Listed Items - Items that are shown on the list on file at our premises.

b. Unlisted Items - Items you own or you have borrowed from others that are not specifically listed by item on the list on file at our premises. The Limit of Insurance for this property is shown in the Declarations, but we will not pay more than $2500 for any one item;

c. Leased or Rented Items - Items, not listed on the list on file at our premises, that you have leased or rented from others. The Limit of Insurance for this property is shown in the Declarations.

The list on file at our premises must be signed and dated, by you before you send it to us.

"Contractors Equipment" does not include:

a. Contraband, or property in the course of illegal transit or trade;

b. Vehicles designed and principally used to transport property or persons over public roads;

c. Aircraft or watercraft;

d. Items leased, rented or loaned to others; unless they have agreed in writing to be liable for the items, or the item is to be operated by you or your employee when in use.

7. "Earth movement" means any movement of the earth (other than "sinkhole collapse"), including but not limited to:

a. earthquake;

b. landslide;

c. earth sinking, rising or shifting;

d. volcanic eruption, explosion or effusion.

8. "Earth Movement Aggregate Limit of Insurance" means the most we will pay for all covered "earth movement" occurrences in any one policy year commencing with the inception date or anniversary date of this Coverage Form, whichever date is earlier.

9. "Earth Movement Deductible" means the Deductible applicable in any one occurrence of "loss" from "earth movement".

10. "Earth Movement Limit of Insurance" means the most we will pay for "loss" in any one occurrence caused directly or indirectly by "earth movement", regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

    But if "loss" by fire, explosion or "volcanic action" results from "earth movement", the "Earth Movement Limit of Insurance" will not apply to the resulting "loss". Instead, we will pay up to the applicable Limit of Insurance shown in the Declarations that would otherwise apply to "loss" by fire, explosion or "volcanic action". We will also pay up to such applicable Limit of Insurance for "loss" by building glass breakage resulting from volcanic eruption, explosion or effusion.

    All "earth movement" that occurs within any 168 - hour period will constitute a single occurrence. The expiration of this policy will not reduce the 168 - hour period.

    Any payment under the "Earth Movement Limit of Insurance" will not increase the applicable Limit of Insurance shown elsewhere in this policy.

11. "Extra Expense" means expense you incur in order to continue your business operations after "loss" that you would not have incurred had there been no "loss".

12. "Extra Expense and Business Income Limit of Insurance" means the most we will pay for "loss" in any one occurrence to "Extra Expense" and "Business Income" unless a separate Limit of Insurance for the applicable Covered Cause of Loss is shown in the Declarations or elsewhere in the policy.

    But if the wording No Coverage is shown in the Declaration as the "Extra Expense and Business Income Limit of Insurance", we will not pay for any of your "Extra Expense" and "Business Income", regardless of the applicable Covered Cause of Loss.

13. "Flood" means:

    a. Surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

    b. Mudslide or mudflow;

    c. Water that backs up from a sewer or drain; or

    d. Water under the ground surface pressing on, or flowing or seeping through:

        (1) Foundations, walls, floors or paved surfaces;

        (2) Basements, whether paved or not; or

        (3) Doors, windows or other openings.

14. "Flood Aggregate Limit of Insurance" means the most we will pay for all covered "flood" occurrences in any one policy year commencing with the inception date or anniversary date of this Coverage Form, whichever date is earlier.

15. "Flood Deductible" means the Deductible applicable in any one occurrence of "loss" from "flood".

16. "Flood Limit of Insurance" means the most we will pay for "loss" in any one occurrence caused directly or indirectly by "flood", regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

But if "loss" by fire, explosion, or leakage or discharge from an automatic sprinkler system results from "flood", the "Flood Limit of Insurance" will not apply to the resulting "loss". Instead, we will pay up to the applicable Limit of Insurance shown in the Declarations that would otherwise apply to "loss" by fire, explosion, or leakage or discharge from an automatic sprinkler system.

Any payment under the "Flood Limit of Insurance" will not increase the applicable Limit of Insurance shown elsewhere in this policy.

17. "Hardware" means machines which can accept data and process it. But it does not include "Software".

18. "Hardware Limit of Insurance" means the most we will pay for "loss" in any one occurrence to "Hardware" unless a separate Limit of Insurance for the applicable Covered Cause of Loss is shown in the Declarations or elsewhere in the policy.

    But if the wording No Coverage is shown in the Declarations as the "Hardware Limit of Insurance", we will not pay for any of your "Hardware", regardless of the applicable Covered Cause of Loss.

19. "Installation" means:

    Property described in the Declarations under "Installation" owned by you or property of others for which you are legally liable, that you or your subcontractors will install, erect or fabricate at the "job site":

    a. While in transit to the "job site" or to a temporary storage location, but only if the property has been assigned to a specific "job site";

    b. During and after installation, erection or fabrication at the "job site";

    c. While at the "job site" or other temporary storage locations, but only if the property has been assigned to a specific "job site".

    "Installation" does not include:

    a. Contraband, or property in the course of illegal transit or trade;

    b. Buildings or structures that existed at the "job site" prior to the inception of this policy;

    c. Land (including land on which the property is located) or water.

20. "Job site" means the premises where the "Installation" will be permanently located at completion of the construction, installation, erection or fabrication.

21. "Laptop and portable computerized equipment" are "hardware" devices that can be easily carried by one person and that have been specifically designed by the manufacturer to be regularly transported without incurring damage under normal circumstances.

22. "Location" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

23. "Loss" means accidental loss or damage.

24. "Maximum Amount of Payment" means the most we will pay in any one occurrence of "loss".

25. "Minimum Earned Premium" means the minimum amount of premium you must pay as specified in the Declarations whether you cancel or make other premium adjustments under this Coverage Part.

26. "Period of Restoration" means the period of time that:

    a. Begins with the date of "loss" caused by or resulting from any Covered Cause of Loss to Covered Property; and

    b. Ends on the date when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

    "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

    a. Regulates the construction, use or repair, or requires the tearing down of any property; or

    b. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants".

    The expiration date of this policy will not cut short the "period of restoration".

27. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals or waste. Waste includes materials to be recycled, reconditioned or reclaimed.

28. "Replacement items" means equipment similar to the "Contractors Equipment" used in your business operations that you must rent due to "loss" caused by or resulting from a Covered Cause of Loss to your "Contractors Equipment". "Replacement items" are only those items which are:

    a. Necessary to continue your normal business operations; and

    b. Needed because you do not have idle "Contractors Equipment" which can do the same work.

29. "Sinkhole collapse" means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. "Sinkhole collapse" does not mean the cost of filling sinkholes or the sinking or collapse of land into man-made underground cavities.

30. "Software Limit of Insurance" means the most we will pay for "loss" in any one occurrence to "Software" unless a separate Limit of Insurance for the applicable Covered Cause of Loss is shown in the Declarations or elsewhere in the policy.

    But if the wording No Coverage is shown in the Declarations as the "Software Limit of Insurance", we will not pay for any of your "Software", regardless of the applicable Covered Cause of Loss.

31. "Software" means:

    a. Data, if it is in a format that can be read directly by your "hardware";

    b. Computer programs;

    c. Instructional materials for computer programs;

    d. Data storage media of all types, provided they are not an integral part of "hardware".

32. "Specified causes of loss" means fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; "sinkhole collapse"; "volcanic action"; falling objects; weight of snow, ice or sleet; "water damage".

a. Falling objects does not include loss or damage to:

(1) Personal property in the open; or

(2) The interior of a building or structure or personal property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

b. "Water damage" means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

33. "Volcanic action" means direct "loss" resulting from the eruption of a volcano when the "loss" is caused by:

a. Airborne volcanic blast or airborne shock waves;

b. Ash, dust or particulate matter; or

c. Lava flow.

"Volcanic action" does not mean the cost to remove ash, dust or particles that do not cause direct physical loss or damage.

All volcanic eruptions that occur within any 168 - hour period will constitute a single occurrence.

THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.

"SOFTWARE LIMITS OF INSURANCE"

The provisions of this endorsement apply only to the " COMPUTERIZED BUSINESS EQUIPMENT" insurance provided by the IM PAK COVERAGE FORM.

The "Software Limits of Insurance" are included in the "Hardware Limits of Insurance".

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LOSS PAYABLE PROVISIONS

This endorsement modifies insurance under the following:
"Contractors Equipment" Coverage Form

Loss Payable - For Covered Property in which both you and the Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust the "loss" with you; and

2. Pay any claim for "loss" jointly to you and the Loss Payee as your interests may appear.

## SCHEDULE OF LOSS PAYEES

| DESCRIPTION OF PROPERTY | LOSS PAYEE NAME & ADDRESS |
|---|---|
| Limit of Insurance for Listed/Unlisted items as shown on the Declarations. | As per on file with us |
| Limit of Insurance for Leased/Rented items as shown on the Declarations. | As per on file with us |

POLICY NUMBER: QT-660-221D040A-TIL-03

COMMERCIAL INLAND MARINE
GENERAL PURPOSE ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

INSTALLATION TEMPORARY STORAGE LIMITS OF INSURANCE

The provisions of this endorsement apply only to the "INSTALLATION" insurance provided by the IM PAK COVERAGE FORM.

"INSTALLATION"

THE LIMITS OF INSURANCE FOR TEMPORARY STORAGE ARE AMENDED AS FOLLOWS:

| DESCRIBED LOCATION | LIMITS OF INSURANCE |
|---|---|
| 30 LOCKBRIDGE STREET, PAWTUCKET, RI | $2,500,000 |
| 1156 CROMWELL AVENUE, ROCKY HILL, CT (CONSTRUCTION TIMBERS) | $ 5,000 |
| ANY OTHER LOCATION | $ 500,000 |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

CONTRACTORS EQUIPMENT COVERAGE AMENDMENT

The provisions of this endorsement apply only to the "CONTRACTORS EQUIPMENT" insurance provided by the IM PAK COVERAGE FORM.

1. Section E. ADDITIONAL COVERAGE CONDITIONS, part 4, Valuation is replaced by the following:

   4. Valuation

      In the event of "loss", the value of your Covered Property as of the time of "loss" will be the least of the following:

      a. The actual cash value of that property which is 8 years or older (manufactured in 1996 or earlier);

      b. The cost to replace Covered Property which is less than 7 years old (manufactured in 1997 or later) without deduction for depreciation" with other property:

         (1) Of comparable material and quality; and

         (2) Used for the same purpose;

      c. The cost of reasonably restoring the Covered Property to its condition immediately before "loss";

      d. The amount you actually spend that is necessary to repair or replace the property; or

      e. Your legal liability for property of others.

2. Section F - DEFINITIONS, Part 2, b. Unlisted Items is replaced by the following:

      b. Unlisted Items - Items you own or you have borrowed from others that are not specifically listed by item in the Declarations. The Limit of Insurance for this property is shown in the Declarations, but we will not pay more than $1,000 for any one item;

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TERRORISM RISK INSURANCE ACT OF 2002 DISCLOSURE

This endorsement applies to the insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

On November 26, 2002, the President of the United States signed into law the Terrorism Risk Insurance Act of 2002 (the "Act"). The Act establishes a short-term program under which the Federal Government will share in the payment of *"Insured Losses"* caused by certain *"Acts of Terrorism"* (each as defined in the Act).

In the event of an *Insured Loss*, Travelers is responsible for a deductible of one percent (1%) of Travelers *"Direct Earned Premiums"* (as used in the Act) for the calendar year 2001 for *Insured Losses* occurring from November 26, 2002 through December 31, 2002; seven percent (7%) of Travelers *Direct Earned Premiums* for the calendar year 2002 for *Insured Losses* occurring during calendar year 2003; ten percent (10%) of Travelers *Direct Earned Premiums* for the calendar year 2003 for *Insured Losses* occurring during calendar year 2004; or fifteen percent (15%) of Travelers *Direct Earned Premiums* for the calendar year 2004 for *Insured Losses* occurring during calendar year 2005. The Federal Government's share of compensation for *Insured Losses* in each year is 90% of the amount of *Insured Losses* in excess of Travelers deductible for that year. Travelers is responsible for the payment of the remaining 10% of *Insured Losses*. In no event, however, will the Federal Government or any *"Insurer"* (as defined in the Act) be required to pay any portion of the amount of aggregate *Insured Losses* occurring in any one year that exceeds $100,000,000,000, provided that such *Insurer* has met its deductible.

As a requirement of the Act, *Insurers* must make available *"Property and Casualty Insurance"* (as defined in the Act) coverage for *Insured Losses* that does not differ materially from the terms, amounts and other coverage limitations that apply to losses arising from events other than *Acts of Terrorism*. In other words, a loss will not be excluded just because it was caused by an *Act of Terrorism*; conversely, a loss will not be covered just because it was caused by an *Act of Terrorism*. The Act also requires *Insurers* to disclose to policyholders the premium charge for providing such terrorism coverage.

Please note that this Coverage Part does not contain an exclusion that specifically excludes coverage for *Insured Losses*. The charge for this exposure is included in the Coverage Part premium. The charge that has been included for this Coverage Part is:

- 1% of your total Commercial Inland Marine Coverage Part premium.