1

Travelers

Lorrie A. Hassan
*Senior Technical Specialist*
*Construction Claims, New England*
*(508)946-6650*
*(877)786-5584 (fax)*

44 Bedford Street
P.O. Box 111
Middleboro, MA 02344

March 17, 2004

MR MARK MAINELLI
AETNA BRIDGE HOLDING COMPANY
30 LOCKBRIDGE ROAD
PAWTUCKET, RI 02860

Dear Mr. Mainelli:

**RE:** **DECLINATION OF COVERAGE**

| | | |
|---|---|---|
| **CLAIM NO.** | : | **C2W6116** |
| **POLICYHOLDER** | : | **AETNA BRIDGE HOLDING COMPANY** |
| **CLAIMANT** | : | **STATE OF RHODE ISLAND** |
| **DATE OF LOSS** | : | **01/16/04** |
| **POLICY NO.** | : | **DTKCO 463D3267** |
| **POLICY DATES** | : | **12/31/03-04** |

This will acknowledge receipt of the claim that occurred at the Washington Bridge jobsite in Rhode Island on the above date of loss. Travelers understands that no claim has been presented to Aetna Bridge Holding Company at this time. However, based upon the facts known to date, we are advising you of Travelers position regarding Travelers' duty to defend and/ or obligation to indemnify Aetna Bridge Holding Company pursuant to the General Liability Contractors form referenced above.

As we understand, on the date of loss, after setting in place and temporarily securing the bottom reinforcement section for the DS-1, Jac-Lyn Steel was removing the rigging from the crane in order to commence setting the top section of reinforcing when the bottom reinforcement cage collapsed and plunged to the bottom of the shaft. This resulted in the previously drilled and tested uncased lower section of the drilled shaft to collapse, partially filling the shaft with solids. You are looking to Travelers to defend and indemnify you for this loss.

I respectfully refer you to your policy, under the form entitled **Commercial General Liability Coverage Form-Contractors, GNC0010198,** which states as follows, in pertinent part:

1. **Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

(2) The "bodily injury" or "property damage" occurs during the policy period.

2. **Exclusions**

This insurance does not apply to:

h. Damage to Property

"Property damage" to:

(6) That particular part of any property:
(a) On which you or any contractor or subcontractor working directly or indirectly on your behalf are performing operations, if the "property damage: arises out of those operations; or
(b) That must be restored, repaired, or replaced because "your work" was incorrectly performed on it.
Paragraph (6)(b) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**Section V- Definitions**
12. "Occurrence" means an accident, including, continuous or repeated exposure to substantially the same general harmful conditions.
14. "Products-Completed operations hazard":
a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or
(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:
(a) When all of the work called for in your contract has been completed.
(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one site.
(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.
Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

c. Does not include "bodily injury" or "property damage" arising out of:
(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;
(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or
(3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

15. "Property damage" means:
a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or
b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

20. "Your work" means:
a. Work or operations performed by you or on your behalf; and
b. Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:
a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and
b. The providing or failure to provide warnings or instructions.

As indicated in the above insuring agreement, Aetna Bridge Holding Company's policy would respond to a claim for bodily injury or property damage that occurred during the policy period due to an "occurrence" as defined. It is Travelers position that the described events appear to qualify as an "occurrence" that resulted in property damage. However the damages sought are damages to that particular part of any property on which your subcontractor, Jac-Lyn Steel was working on your behalf performing operations and the damages arises out of those operations. There fore, Exclusions h would apply and eliminate coverage for this loss.

The above referenced policy contains other provisions for limiting or precluding coverage which could become relevant for reasons not now foreseen or because of the discovery of facts not currently known by Travelers with respect to this matter. Therefore, you are encouraged to thoroughly read the referenced policy.

Neither this correspondence nor any other communication, correspondence, or action in the past or future shall be deemed as a course of performance or as a waiver of any of the rights and defenses to coverage available to Travelers, including, but not limited to, those rights and defenses provided under the referenced policy, or available at law.

If you have any questions concerning the coverage issues, I may be reached at the telephone number listed above (or you may call me toll-free at 800.422 3340, ext. 6650).

Sincerely,

Lorric A. Hassan
Senior Technical Specialist
The Travelers Indemnity Company

Cc: J Barry Driscoll Insurance Agency