**Darlene Kelly**

**From:** Dennis Driscoll [dennis@driscollinsurance.com]
**Sent:** Thursday, March 18, 2004 4:50 PM
**To:** Darlene@driscollinsurance.com
**Subject:** RE: Aetna Bridge

I left a message for Lorrie Hassan this afternoon saying I hope this letter has not been sent to Mark Mainelli. I think she has gone too far in addressing this situation in her formal declination to Mark. We know Aetna Bridge called this in for reporting purposes only. Aetna is not looking for Travelers to pay this claim nor do they want to hear Travelers' stated position on duty to defend.
Hassan is out until Monday. I also left a message for Mark Mainelli to help explain the situation.
We can discuss tomorrow.

-----Original Message-----
From: Darlene Kelly [mailto:Darlene@driscollinsurance.com]
Sent: Thursday, March 18, 2004 4:27 PM
To: Dennis Driscoll
Subject: Aetna Bridge

FYI - Clipped to this e-mail is a copy of Travelers declination of coverage letter addressed to Mark Mainelli for the Washington Bridge, Rhode Island drill shaft 1 claim.

Darlene Kelley
J. Barry Driscoll Insurance Agency, Inc.
Phone: (781)681-6656
Fax: (781)681-6686