# FAX MEMO

**FAX#781-681-6686**
781-681-6656x249
**J Barry Driscoll Ins Agcy, Inc**
**600 Longwater Drive**
**P.O. Box 9120**
**Norwell, MA 02061**

**DATE:**7/20/2004 **FAX NUMBER:** 401-273-8780

**TO:Atty. John Walsh** **OF:Higgins, Cavanaugh & Cooney**

**FROM:** Jean C. Livingstone

**RE:** Aetna Bridge

**MESSAGE:John, please find enclosed copy of the Travelers letter as discussed today.**
**I have also reviewed your letter to One Beacon. I would include a copy of the Sub-Contract between Aetna Bridge and Jaclyn Steel. I would provide the New England Foundation repair invoices for both losses.**
**I would leave the two dates of loss in your One Beacon response and just assume they should have been aware of the two dates. Do not report a new claim. We do not want them to issue a Reservation for late reporting.**
**Regardless if the agent for Jaclyn did or did not endorse the GL policy to name Aetna as an additional insured, the Certificate they issued constitutes the same. If One Beacon does not honor said would be a breach of the agency/carrier contract.**
**I would probably state in writing that per the contract Aetna is owed the contractual obligation of Indemnity by Jaclyn Steel. The drilled shaft was not part of Jaclyn's scope of work and that the failure of the cage caused ensuing damage to the drilled shaft.**
**I will contact Lorrie Hassan at Travelers next week and advise.**

NUMBER OF PAGES ( )INCLUDING THIS COVER SHEET
AGENCY CONFIRMATION NUMBER________