-6m
cr

# J. Barry Driscoll Insurance Agency, Inc.

JWAL (FAX)
KZ

September 1, 2004

Aetna Bridge Holding Company
30 Lockbridge Road
Pawtucket, RI 02860

Att: Chip Mainelli

**Re: Loss Date: 01-16-2004**
**St. Paul Travelers GL Claim # C2W6116**

Dear Chip:

I attempted to call you today to discuss the above captioned claim. Unfortunately, you were out of the office. Therefore, I am sending you this letter to keep you advised of the status of this claim.

As you know, the St. Paul Travelers Insurance Company issued a coverage disclaimer letter on March 17, 2004 with respect to the above captioned claim. Last week, I requested that St. Paul Travelers rescind their coverage declination and proceed with the investigation of this claim under a Reservation of Rights. I also requested that St. Paul Travelers reimburse Aetna Bridge for the forensic engineering expenses.

The St. Paul Travelers advised via their August 26, 2004 letter (copy enclosed for your reference), that they respectfully decline to rescind the declination of coverage letter previously issued and they also declined to reimburse Aetna Bridge for any forensic engineering expenses incurred in the investigation of this matter.

In response, I spoke with St. Paul Travelers Unit Manager, Chad Davidson, and appealed the August 26, 2004 letter. He advised that St. Paul Travelers stand by their coverage decision.

I have also been asked to secure a copy of Travelers coverage counsel written opinion with respect to this claim. Please be advised that St. Paul Travelers did not use coverage counsel for their coverage decision on this claim.

I am pursuing this claim under the Installation coverage issued by the St. Paul Travelers Insurance Company and will advise once I have received St. Paul Travelers position on the Installation coverage.

In the meantime, if you have any questions, please do not hesitate to contact me at 781-681-6656.

Sincerely,

**J. BARRY DRISCOLL INSURANCE AGENCY, INC.**

Lelia Baier

Lelia Baier

RECEIVED
SEP 3 2004
30 LOCKBRIDGE ST.
PAWTUCKET, RI 02860