SINCE 1913

NEFCO
GEOTECHNICAL CONTRACTORS

**NEW ENGLAND FOUNDATION CO. INC.**

77 FEDERAL AVENUE
QUINCY, MASSACHUSETTS 02169

TEL (617) 689-0550 FAX (617) 689-0551

15 June 2004

Aetna Bridge Company
30 Lockbridge Street
Pawtucket, RI 02860

Attn: Mr. Greg Maurer

Re: Extra to contract – DS-7
Dropped reinforcing steel cage
Washington Bridge
Providence, RI
NEFCO Ref. C-3810

Gentlemen:

This document presents a summary of the **Extra to the Contract** in the amount of **$132,044** for which we are requesting payment for having dealt with the dropped reinforcing cage for DS-7 which was damaged by others due to improper setting on 9 April 2004 on the aforementioned project.

*Summary*

The event, described in detail below, led to a delay from 9 April, a holiday in Rhode Island, to 15 April 2004 during which NEFCO incurred significant costs due to our efforts in protecting the integrity of the hole by round-the-clock monitoring and pumping to maintain head near the top of the casing, in providing personnel and equipment to assist proactively in the evaluation and ultimate remediation of the damage, in remaining ready to reinstall the drill rig in the event of a collapse and in otherwise delaying the full demobilization of all equipment and personnel, given that DS-7 was the last shaft on the project.

This extra is broken down as follows, with each item detailed and supported by backup, including signed Extra Work/Per diem slips, contained in the Attachments to this document identified below:

| | | |
|---|---|---|
| Labor and burden | $66,029 | *Attachment A* |
| Equipment | $32,637 | *Attachment B* |
| Materials and other | $10,461 | *Attachment C* |
| subtotal | $109,127 | |
| Overhead (10%) | $10,913 | |
| subtotal | $120,040 | |
| Markup (10%) | $12,004 | |
| **TOTAL** | **$132,044** | |

*Description of event*

At 8:30 in the morning on Friday, 9 April 2004, NEFCO turned the hole over to Jaclyn Steel to begin setting the reinforcing steel cage for shaft DS-7. After they had finished splicing the second section and were setting the full length cage, we understand that the GZA representative watched Jaclyn Steel ironworkers lower the top of the cage approximately 12 ft *below* the elevation at which it was to be set and then raise the cage to the appropriate top of cage elevation.

At approximately 16:30, NEFCO began setting the tremie pipe in preparation for the concrete pour. Meanwhile, however, both the GZA and RIDOT representatives were discussing their concerns regarding the integrity of the cage since the hole had been verified to have been drilled to the correct depth. At approximately 17:30, NEFCO was informed of the concern and was directed by both the RIDOT and Aetna Bridge representatives to verify the integrity of the CSL tubes with a weighted tape measure. While the taped length indicated the cage was of the appropriate length, the GZA representative was concerned about the fact that, upon extraction, the weight on the tape seemed to meet some resistance at approximately the depth of the cage splice.

NEFCO was then further directed by RIDOT and Aetna to check the weight of the cage by lifting it about 12 in. and reading the crane load. Since the cage had been installed by Jaclyn Steel such that it was suspended approximately 8.5 ft from the top of the casing by flexible cables fixed to hanging clips, the evaluation of the weight of the cage was possible by attaching nylon straps to the vertical bars of the cage itself without touching the hanging clip assembly. The hanging clip assembly and the attached cables were watched carefully during the raising of the cage as there was some concern that the potentially damaged cage could be caught on the bottom of the casing or otherwise wedged and pose some danger for overloading the crane or causing sudden uplift. No movement of the hanging clip assembly was noted. A weight of 44,000 lbs was read in the crane, very close to the actual cage weight of approximately 48,000 lb. Thus, NEFCO was directed again by RIDOT and Aetna to lower the cage back down about 12 in. to its original elevation.

At approximately 20:00, the cage was accepted and NEFCO was directed to commence the concrete pour. At 20:15, the cables suspending the cage suddenly slipped from their hanging brackets, and the cage fell to about 12 ft below top of cage elevation. The RIDOT representative decided at this point that until the cage was inspected, the shaft could not be concreted.

NEFCO's Superintendent advised the Aetna Bridge representative that while NEFCO was not responsible for any costs associated with this problem as we were not responsible for installation of the cage, we would provide whatever know-how, personnel and equipment were necessary to overcome this situation and to complete the shaft with the understanding that all associated costs would be reimbursed. This was confirmed in a telephone discussion on Saturday 10 April between Greg Maurer and Deirdre O'Neill during which NEFCO's offer to assist in resolving the problem was accepted. NEFCO then located and contacted appropriate divers and underwater camera equipment capable of reaching the required depths for the following Monday.

Visual inspection of the hanging clips on Saturday 10 April indicated that several of the Crosby clips had not been tightened correctly by the ironworkers, permitting the cable to roll to the side, loosening the clips' grip and consequently dropping the cage.

NEFCO continued to monitor the shaft 24 hrs/day during the period that the divers inspected the cage. The divers' inspection was completed on Wednesday 14 April. At that time RIDOT determined that, while there was no visible damage to the bottom of the cage, the splice needed some repair. The divers performed the repair on Thursday 15 April 2004, Jaclyn Steel reset the cage to the correct elevation and the shaft bottom was then inspected and determined to be clean. NEFCO was authorized to commence the concreting operation at 13:30 Thursday afternoon.

*Closure*

The costs incurred by NEFCO due to the above event are as detailed in the enclosed Attachments and summarized at the outset of this document. Please do not hesitate to contact the undersigned with questions and/or comments. We are prepared to meet at your convenience to further clarify any aspect of the Request for Extra.

Sincerely,
NEW ENGLAND FOUNDATION CO., INC.

Deirdre A. O'Neill, P.E.
Vice President

Attachment A – Direct labor and burden
Attachment B - Equipment
Attachment C – Materials and other

**Attachment A**

Direct labor and burden
(includes summary of time, Extra work order slips and individual time sheets)

**Attachment A**

Direct labor and burden
(includes summary of time, Extra work order slips and individual time sheets)

# TABLE A1 - Labor summary

CONTRACTOR: NEFCO
NEFCO CONTRACT No.: C-3810
DATE: 15-Jun-04

PROJECT: WASHINGTON BRIDGE, PROVIDENCE, RI

DESCRIPTION: LOST TIME DUE TO IMPROPER SET OF REBAR CAGE IN SHAFT DS-7

## LABOR

| NAME | Craft | Hourly Rate | WE 4/10/04 Reg Hrs | WE 4/10/04 O/T Hrs | WE 4/10/04 DT hrs | WE 4/17/04 Reg Hrs | WE 4/17/04 O/T Hrs | WE 4/17/04 DT hrs | | | Total Hours Reg | Total Hours O/T | Total Hours DT | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Doherty, Phil | Oper | $ 31.50 | 0 | 0 | 0 | 32 | 0 | 0 | | | 32 | 0 | 0 | $ 1,008.00 |
| Garnett, Veronica | Oper | $ 22.75 | 0 | 0.5 | 0 | 0 | 0 | 0 | | | 0 | 0.5 | 0 | $ 17.06 |
| McComas, Daryl | Oper | $ 27.05 | 8 | 0.5 | 0.5 | 24 | 0 | 0 | | | 32 | 0.5 | 0.5 | $ 912.94 |
| Pontarelli, Frank | Oper | $ 27.05 | 8 | 0.5 | 0.5 | 32 | 6 | 7.5 | | | 40 | 6.5 | 8 | $ 1,778.54 |
| Tabis, J. | Oper | $ 27.05 | 0 | 2 | 2 | 31 | 1 | 0 | | | 31 | 3 | 2 | $ 1,068.48 |
| Franzblau, Wolfgang | Oper | $ 27.05 | 0 | 8 | 4 | 0 | 0 | 12 | | | 0 | 8 | 16 | $ 1,190.20 |
| Andrade, James | Oiler | $ 22.67 | 0 | 2 | 2 | 31 | 1 | 0 | | | 31 | 3 | 2 | $ 895.47 |
| Taylor, Josh | Oiler | $ 27.05 | 8 | 1.5 | 0 | 0 | 0 | 0 | | | 8 | 1.5 | 0 | $ 277.26 |
| Perry, Joe | Oiler | $ 26.10 | 0 | 9 | 8.5 | 32 | 6 | 18 | | | 32 | 15 | 26.5 | $ 2,80[illegible] |
| Annunziatta, Louis | Lab F | $ 26.65 | 8 | 12 | 4 | 32 | 4 | 12 | | | 40 | 16 | 16 | $ 2,55[illegible] |
| Dillon, Eddy | Lab F | $ 26.65 | 0 | 12 | 12 | 24 | 12 | 12 | | | 24 | 24 | 24 | $ 2,878.20 |
| Testa, Thomas | Lab | $ 25.25 | 0 | 0 | 0 | 31 | 4 | 0 | | | 31 | 4 | 0 | $ 934.25 |
| Puccio, Mathew | Lab | $ 22.73 | 8 | 0 | 4 | 31 | 0 | 0 | | | 39 | 0 | 4 | $ 1,068.08 |
| Woijeck, Michael | Lab | $ 25.25 | 8 | 0 | 4 | 0 | 0 | 0 | | | 8 | 0 | 4 | $ 404.00 |
| Murphy, Jeff | Lab | $ 25.25 | 8 | 0 | 4 | 31 | 4 | 0 | | | 39 | 4 | 4 | $ 1,338.25 |
| Testa, John | Lab | $ 25.25 | 8 | 0 | 12 | 31 | 0 | 0 | | | 39 | 0 | 12 | $ 1,590.75 |
| Rossingol, Gregory | Lab | $ 25.25 | 0 | 0 | 12 | 0 | 0 | 0 | | | 0 | 0 | 12 | $ 606.00 |
| Kennedy, Steve | Lab | $ 25.25 | 0 | 0 | 12 | 0 | 0 | 0 | | | 0 | 0 | 12 | $ 606.00 |
| Archambault, Ronald | PD F | $ 27.25 | 0 | 0 | 0 | 31 | 0 | 0 | | | 31 | 0 | 0 | $ 844.75 |
| Ferrell, Gary | PD | $ 24.75 | 0 | 2 | 0.5 | 31 | 0 | 0 | | | 31 | 2 | 0.5 | $ 866.25 |
| Johnson, John | Oper | $ 24.75 | 0 | 2 | 7.5 | 7 | 0 | 0 | | | 7 | 2 | 7.5 | $ 618.75 |
| Gray, Ed | Mach | $ 26.10 | 0 | 0 | 0 | 31 | 0 | 0 | | | 31 | 0 | 0 | $ 809.10 |
| Frongillo, Jerry | Supv | $ 32.50 | 12 | 0 | 0 | 8 | 0 | 0 | | | 20 | 0 | 0 | $ 650.00 |
| O'Neill, Shane | Supv | $ 33.75 | 24 | 0 | 0 | 20 | 0 | 0 | | | 44 | 0 | 0 | $ 1,485.00 |
| Total Mhrs | | | 100 | 52 | | 490 | 38 | | | | 590 | 90 | 151 | $ 27,211.47 |

# TABLE A2 - Labor & Burden summary

CONTRACTOR: NEFCO
NEFCO CONTRACT No.: C-3810
DATE: 15-Jun-04

PROJECT: WASHINGTON BRIDGE, PROVIDENCE, RI

DESCRIPTION: LOST TIME DUE TO IMPROPER SET OF REBAR CAGE IN SHAFT DS-7

## FRINGES & TAXES

| NAME | Craft | TOTAL HRS | FRINGES $/hr | FRINGES subtotal | INSURANCE | TAXES | TOTAL BURDEN | TOTAL LABOR | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Doherty, Phil | Oper | 32.00 | $16.54 | $529.28 | $806.40 | $ 211.68 | $ 1,547.36 | $ 1,008.00 | $ 2,555.36 |
| Garnett, Veronica | Oper | 0.50 | $13.75 | $6.88 | $13.65 | $ 3.58 | $ 24.11 | $ 17.06 | $ 41.17 |
| McComas, Daryl | Oper | 33.00 | $13.75 | $453.75 | $730.35 | $ 191.72 | $ 1,375.82 | $ 912.94 | $ 2,288.75 |
| Pontarelli, Frank | Oper | 54.50 | $13.75 | $749.38 | $1,422.83 | $ 373.49 | $ 2,545.70 | $ 1,778.54 | $ 4,324.24 |
| Tabis, J. | Oper | 36.00 | $13.75 | $495.00 | $854.78 | $ 224.38 | $ 1,574.16 | $ 1,068.48 | $ 2,642.63 |
| Franzblau, Wolfgang | Oper | 24.00 | $13.75 | $330.00 | $952.16 | $ 249.94 | $ 1,532.10 | $ 1,190.20 | $ 2,722.30 |
| Andrade, James | Oiler | 36.00 | $13.75 | $495.00 | $716.37 | $ 188.05 | $ 1,399.42 | $ 895.47 | $ 2,294.88 |
| Taylor, Josh | Oiler | 9.50 | $13.75 | $130.63 | $221.81 | $ 58.23 | $ 410.66 | $ 277.26 | $ 687.92 |
| Perry, Joe | Oiler | 73.50 | $13.75 | $1,010.63 | $2,244.60 | $ 589.21 | $ 3,844.43 | $ 2,805.75 | $ 6,650.18 |
| Annunziatta, Louis | Lab F | 72.00 | $12.90 | $928.80 | $2,046.72 | $ 537.26 | $ 3,512.78 | $ 2,558.40 | $ 6,071.18 |
| Dillon, Eddy | Lab F | 72.00 | $12.90 | $928.80 | $2,302.56 | $ 604.42 | $ 3,835.78 | $ 2,878.20 | $ 6,713.98 |
| Testa, Thomas | Lab | 35.00 | $12.90 | $451.50 | $747.40 | $ 196.19 | $ 1,395.09 | $ 934.25 | $ 2,329.34 |
| Puccio, Mathew | Lab | 43.00 | $12.90 | $554.70 | $854.46 | $ 224.30 | $ 1,633.46 | $ 1,068.08 | $ 2,701.53 |
| Woijeck, Michael | Lab | 12.00 | $12.90 | $154.80 | $323.20 | $ 84.84 | $ 562.84 | $ 404.00 | $ 966.84 |
| Murphy, Jeff | Lab | 47.00 | $12.90 | $606.30 | $1,070.60 | $ 281.03 | $ 1,957.93 | $ 1,338.25 | $ 3,296.18 |
| Testa, John | Lab | 51.00 | $12.90 | $657.90 | $1,272.60 | $ 334.06 | $ 2,264.56 | $ 1,590.75 | $ 3,855.31 |
| Rossingol, Gregory | Lab | 12.00 | $12.90 | $154.80 | $484.80 | $ 127.26 | $ 766.86 | $ 606.00 | $ 1,372.86 |
| Kennedy, Steve | Lab | 12.00 | $12.90 | $154.80 | $484.80 | $ 127.26 | $ 766.86 | $ 606.00 | $ 1,372.86 |
| Archambault, Ronald | PD F | 31.00 | $14.95 | $463.45 | $675.80 | $ 177.40 | $ 1,316.65 | $ 844.75 | $ 2,161.40 |
| Ferrell, Gary | PD | 33.50 | $14.95 | $500.83 | $693.00 | $ 181.91 | $ 1,375.74 | $ 866.25 | $ 2,241.99 |
| Johnson, John | PD | 16.50 | $14.95 | $246.68 | $495.00 | $ 129.94 | $ 871.61 | $ 618.75 | $ 1,490.36 |
| Gray, Ed | Mach | 31.00 | $13.75 | $426.25 | $647.28 | $ 169.91 | $ 1,243.44 | $ 809.10 | $ 2,052.54 |
| Frongillo, Jerry | Supv | 20.00 | $16.61 | $332.20 | $520.00 | $ 136.50 | $ 988.70 | $ 650.00 | $ 1,638.70 |
| O'Neill, Shane | Supv | 44.00 | $13.00 | $572.00 | $1,188.00 | $ 311.85 | $ 2,071.85 | $ 1,485.00 | $ 3,556.85 |
| **TOTAL** | | 831.00 | | | | | $ 38,817.91 | $ 27,211.47 | **$ 66,029.37** |