SINCE 1913

NEFCO
GEOTECHNICAL CONTRACTORS

NEW ENGLAND FOUNDATION CO. INC.
77 FEDERAL AVENUE
QUINCY, MASSACHUSETTS 02169
TEL (617) 689-0550 FAX (617) 689-0551

2 July 2004

Aetna Bridge Company
30 Lockbridge Street
Pawtucket, RI 02860

Attn: Mr. Greg Maurer

Re: Extra to contract – DS-1
Remediation for dropped re-steel cage
Washington Bridge, Providence, RI
NEFCO Ref. C-3810

Gentlemen:

This document presents a summary of the **Extra to the Contract** in the amount of **$239,937** for which we are requesting payment for our remediation efforts relative to DS-1 in which the bottom section of reinforcing steel was dropped, by others, on 16 January 2004. This event eventually caused the collapse of the hole, requiring the re-drilling of the shaft with the added difficulty of having to also remove the reinforcing steel and crosshole sonic logging tubes.

*Summary*

The event, described in detail below, required that NEFCO, as directed by Aetna Bridge, re-drill DS-1 in order to remove a significant portion of the cage which remained in the hole and the soil that had collapsed up to the toe of the casing. Given that the stability of the hole had been compromised, much slurry was lost and a relatively high viscosity slurry had to be used. Furthermore, in order to extract the reinforcing steel and CSL tubes, a wide variety of tools had to be enlisted.

NEFCO documented the scope of the effort expected to be required in our letter to Aetna Bridge, dated 17 February 2004, as well as the fact that the work was to be performed on a time and materials basis as NEFCO was not responsible for this event. The work took place on 16 January, 26 January and from 1 March through 12 March 2004.

This Extra is broken down as follows, with each item detailed and supported by backup, including signed Extra Work/Per diem slips, contained in the Attachments to this document identified below:

| | | |
|---|---|---|
| Labor and burden | $46,030 | *Attachment A* |
| Equipment | $46,203 | *Attachment B* |
| Materials and other | $106,062 | *Attachment C* |
| subtotal | $198,295 | |
| Overhead (10%) | $19,830 | |
| subtotal | $218,125 | |
| Markup (10%) | $21,812 | |
| **TOTAL** | **$239,937** | |

*Description of event*

At 16:30 on Friday, *16 January 2004*, the bottom section of the reinforcing steel cage fell to the bottom of the hole while Jaclyn Steel was lowering the section to suspend it from the casing, leaving only the four vertical bars which were attached to the crane. NEFCO's crane and crew were on site to 20:00 that evening, assisting the ironworkers in the attempt to extract spiral and rebar. Again, on 26 January 2004, NEFCO provided a crane to assist divers in the extraction of accessible cage pieces.

In the meantime, NEFCO made it clear to Aetna Bridge that we had dealt with such remediation efforts in the past and that we believed we could re-drill the hole, although at some significant cost. Subsequently, NEFCO was directed to re-drill the shaft including removal of the remainder of the steel in the hole.

Having to move the crane and grillage from DS-1 to DS-4 on *3 February 2004*, had a serious cost impact, over and above the direct cost of the move associated with grillage, due to its effect on production and momentum which is difficult to quantify. These costs, as well as those associated with such tasks as relocating the top section of the DS-1 cage, also on 3 Feb 04, and having had to return much later to retrieve the temporary casings have not been charged in this request.

NEFCO started preparations for re-drilling shaft DS-1 on *1 March 2004*. The hole was initially flooded with slurry and drilling started to recover steel and to remove material to about 10 ft below the casing toe, a depth of approximately 99 ft from the top of the casing. NEFCO had been directed to introduce flowfill at this depth by RIDOT's and GZA's representatives. The following day, *2 March 04*, 30 cy was introduced into DS-1 to approximately 12 ft above the casing toe.

Drilling of the flowfill commenced on *3 March*. During the drilling effort between *3 and 5 March 2004*, different types of augers, core barrels and other tools were used with little success at the outset to drill out the steel in the hole. The effort was continued, maintaining a cycle of tools and ultimately the hole was successfully advanced. However, loss of slurry was a significant problem. Additives were introduced into the slurry in an effort to control the losses. Levels of slurry continued to drop until *5 March* when the slurry had been made sufficiently thick.

The drilling effort continued from *6 to 11 March 04* to the original bottom of shaft at El.-119.7. On *12 March*, the reinforcing steel cage was re-set and concrete operations began in an effort to complete the shaft and move on to other scheduled work.

*Closure*

The costs incurred by NEFCO due to the above event are as detailed in the enclosed Attachments and summarized at the outset of this document. Please do not hesitate to contact the undersigned with questions and/or comments. We are prepared to meet at your convenience to further clarify any aspect of the Request for Extra.

We take this opportunity to extend our apologies for the delay in submittal of this Extra. We were fully focused on completion of our work at the Bridge and it has taken longer than expected to assemble and categorize the relevant costs.

Sincerely,
NEW ENGLAND FOUNDATION CO., INC.

Deirdre A. O'Neill, P.E.
Vice President

Attachment A – Direct labor and burden
Attachment B - Equipment
Attachment C – Materials and other

**Attachment A**

Direct labor and burden
(includes summary of time, Extra work order slips and individual time sheets)

## TABLE A1 - Labor summary

CONTRACTOR: NEFCO
NEFCO CONTRACT No.: C-3810
DATE: 2-Jul-04

**PROJECT:** WASHINGTON BRIDGE, PROVIDENCE, RI

**DESCRIPTION:** Drilling out rebar cage in Shaft DS-1

### LABOR

| Name | Craft | Hourly Rate | W/E 1/31/04 | | W/E 3/6/04 | | W/E 3/13/04 | | W/E 3/20/04 | | Total Hours | | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Reg Hrs | O/T Hrs | Reg Hrs | O/T Hrs | Reg Hrs | O/T Hrs | Reg Hrs | O/T Hrs | Reg | O/T | |
| Annunziata, Louis R. | Lab | $ 26.65 | - | - | - | - | 8.00 | 6.50 | - | - | 8 | 6.5 | $ 473.04 |
| D'Ercole, David | Lab | $ 25.25 | - | - | - | - | - | 4.00 | - | - | 0 | 4 | $ 151.50 |
| Fidler, Paul | Lab | $ 23.30 | - | - | - | - | 4.50 | - | 8.00 | - | 12.5 | 0 | $ 291.25 |
| Murphy, Jeffrey B. | Lab | $ 25.25 | - | - | 8.00 | - | 9.50 | 5.00 | - | - | 17.5 | 5 | $ 631.25 |
| Lauper, Eric M. | Lab | $ 25.25 | - | - | 40.00 | - | 28.50 | 3.00 | - | - | 68.5 | 3 | $ 1,843.25 |
| Phillips, John | Lab | $ 25.25 | - | - | 40.00 | 6.50 | 32.00 | 9.50 | - | - | 72 | 16 | $ 2,424.00 |
| Andrade, James V. | Oiler | $ 22.67 | 4.00 | - | - | - | 26.00 | 1.50 | - | - | 30 | 1.5 | $ 731.11 |
| Forslund, Richard E. | Oiler | $ 22.67 | - | - | 40.00 | - | 32.00 | 8.50 | - | - | 72 | 8.5 | $ 1,943.95 |
| DiBiase, Anthony | Oper | $ 22.75 | - | - | 2.00 | - | 8.00 | 1.50 | - | - | 10 | 1.5 | $ 278.69 |
| Manzo, Daniel S. | Oper | $ 31.50 | - | - | 40.00 | - | 25.50 | 5.00 | - | - | 65.5 | 5 | $ 2,307.38 |
| Perry, Joseph | Oper | $ 26.10 | - | - | 32.00 | - | 28.50 | 4.50 | - | - | 60.5 | 4.5 | $ 1,755.23 |
| Raymond, Keith B. | Oper | $ 27.05 | - | - | 40.00 | - | 20.00 | 4.50 | - | - | 60 | 4.5 | $ 1,812.35 |
| Tabis, John C. | Oper | $ 27.05 | 4.00 | - | - | - | 24.00 | 4.50 | - | - | 28 | 4.5 | $ 960.28 |
| Archambault, Ronald A. | PD | $ 25.50 | - | - | - | - | 13.00 | - | - | - | 13 | 0 | $ 331.50 |
| Ferrell, Gary D. Sr. | PD | $ 24.75 | - | - | - | - | 13.00 | - | - | - | 13 | 0 | $ 321.75 |
| Olsen, Philip C. | PDF | $ 26.53 | - | - | - | - | 13.00 | - | - | - | 13 | 0 | $ 344.89 |
| Cox, Steve | teamster | $ 25.74 | | | 8.00 | | 8.00 | | | | 16 | 0 | $ 411.84 |
| Yard crew (Oper. + 2 PD) | | $ 84.56 | | | 4.00 | | 4.00 | | | | 8 | 0 | $ 676.48 |
| Poulin, Fern (1/3) | Super | $ 33.75 | 1.00 | | 14.00 | | 11.00 | 2.00 | | | 26 | 2 | $ 945.00 |
| Totals | | | 8 | 0 | 242 | 6.5 | 285.5 | 58 | 8 | 0 | 543.5 | 64.5 | $ 18,634.72 |

NEFCO GEOTECHNICAL CONTRACTORS

# TABLE A2 - Labor and Burden summary

CONTRACTOR: NEFCO
NEFCO CONTRACT No.: C-3810
DATE: 0-Jan-00

**PROJECT:** WASHINGTON BRIDGE, PROVIDENCE, RI

**DESCRIPTION:** Drilling out rebar cage in Shaft DS-1

## BENEFITS, INSURANCE AND TAXES

| Name | Craft | Total Hours | Benefits $/hr | Ins. $/hr | Taxes | Total Fringes & Taxes | Total Labor | Total Cost |
|---|---|---|---|---|---|---|---|---|
| Annunziata, Louis R. | Lab | 14.5 | 12.90 | 21.32 | 94.61 | 590.80 | 473.04 | $ 1,063.84 |
| D'Ercole, David | Lab | 4 | 12.90 | 20.20 | 30.30 | 162.70 | 151.50 | $ 314.20 |
| Fidler, Paul | Lab | 12.5 | 13.00 | 18.64 | 58.25 | 453.75 | 291.25 | $ 745.00 |
| Murphy, Jeffrey B. | Lab | 22.5 | 12.90 | 20.20 | 126.25 | 871.00 | 631.25 | $ 1,502.25 |
| Lauper, Eric M. | Lab | 71.5 | 13.00 | 20.20 | 368.65 | 2,742.45 | 1,843.25 | $ 4,585.70 |
| Phillips, John | Lab | 88 | 12.90 | 20.20 | 484.80 | 3,397.60 | 2,424.00 | $ 5,821.60 |
| Andrade, James V. | Oiler | 31.5 | 13.75 | 18.14 | 146.22 | 1,150.63 | 731.11 | $ 1,881.74 |
| Forslund, Richard E. | Oiler | 80.5 | 13.75 | 18.14 | 388.79 | 2,955.61 | 1,943.95 | $ 4,899.57 |
| DiBiase, Anthony | Oper | 11.5 | 13.75 | 18.20 | 55.74 | 423.16 | 278.69 | $ 701.85 |
| Manzo, Daniel S. | Oper | 70.5 | 16.54 | 25.20 | 461.48 | 3,404.15 | 2,307.38 | $ 5,711.52 |
| Perry, Joseph | Oper | 65 | 13.75 | 20.88 | 351.05 | 2,602.00 | 1,755.23 | $ 4,357.22 |
| Raymond, Keith B. | Oper | 64.5 | 13.75 | 21.64 | 362.47 | 2,645.13 | 1,812.35 | $ 4,457.48 |
| Tabis, John C. | Oper | 32.5 | 13.75 | 21.64 | 192.06 | 1,342.23 | 960.28 | $ 2,302.51 |
| Archambault, Ronald A. | PD | 13 | 14.95 | 20.40 | 66.30 | 525.85 | 331.50 | $ 857.35 |
| Ferrell, Gary D. Sr. | PD | 13 | 14.95 | 19.80 | 64.35 | 516.10 | 321.75 | $ 837.85 |
| Olsen, Philip C. | PDF | 13 | 16.61 | 21.22 | 68.98 | 560.82 | 344.89 | $ 905.71 |
| Cox, Steve | teamster | 16 | 9.61 | 20.59 | 82.37 | 565.60 | 411.84 | $ 977.44 |
| Yard crew | Oper, 2 PD | 8 | 49.86 | 67.65 | 135.30 | 1,075.36 | 676.48 | $ 1,751.84 |
| Poulin, Fern (1/3) | Super | 28 | 16.61 | 27.00 | 189.00 | 1,410.08 | 945.00 | $ 2,355.08 |
| Totals | | 660.0 | | | | 27,395.01 | 18,634.72 | $ 46,029.73 |