AETNA

October 13, 2004

Mr. Stephen Reardon
c/o St. Paul Travelers Insurance Company
44 Bedford Street
Middleboro, MA 02346

Re: RI Contract No. 2002-CB-097
Washington Bridge Drilled Shafts
Subcontract Purchase Order No. 190301
Our file: AB 14268

Dear Mr. Reardon:

This is in response to your telephone call to me regarding questions you have about the drill shaft claims of January 16, 2004 and April 9, 2004 which were the subject of our prior reports to your agent, the Driscoll Agency.

Because this mater involves litigation, I discussed your request with our attorneys.

I have been advised by our attorneys that St. Paul Travelers has forwarded letters declining coverage for these events on March 17, 2004 and again on August 25, 2004. Our attorney has advised us that St. Paul Travelers has taken this ill-advised course against its insured without proper basis for declining coverage.

Until such time St. Paul Travelers makes a decision to rescind its prior outright declination of coverage, it is pointless for St. Paul Travelers to seek to interview any employees of its insured, Aetna Bridge Company. There is absolutely no basis for St. Paul Travelers to request this in the face of its letters denying coverage.

We certainly hope that St. Paul Travelers will revisit this ill-advised decision to deny Aetna the insurance coverage for these claims which were promptly reported to the Driscoll Agency. This action by St. Paul Travelers will prove very costly to Aetna Bridge Company and, ultimately, St. Paul Travelers.

Please advise me in writing of St. Paul Traveler's decision in this regard.

Very truly yours,
AETNA BRIDGE COMPANY

HR Mainelli III
Vice President

Cc: J. Walsh, HCC, File

Aetna Bridge Company 30 Lockbridge Street, Pawtucket, R.I. 02860 Tel. (401) 728-0400 • Fax (401) 724-6350

EQUAL OPPORTUNITY EMPLOYER