Welsh fax & 401. 273. 8780

ST PAUL TRAVELERS

44 Bedford Street
P.O. Box 111
Middleboro, MA 02344-0111

**Matthew Bogosh**
Claim Representative
Northeast Regional Claims Office
TEL: (800) 422-3340 x 6573
FAX: (877) 786-5584

November 8, 2004

Aetna Bridge Company
C/O Mr. Mainelli
30 Lockbridge Street
Pawtucket RI 02860

Dear Mr. Mainelli:

INSURED: Aetna Bridge Company
DATE OF LOSS: 1/16/2004
POLICY NUMBER: QTJ660-221D040A
CLAIM NUMBER: C2U85732

Please accept this letter in reference to your recent correspondence of October 13, 2004 concerning the above captioned loss. Your inquiry is related to possible first party coverage under the Commercial Property Policy for a loss occurring January 16, 2004.

It is to our understanding, based on information submitted by J Barry Driscoll Insurance; that on January 16, 2004, the bottom section of a steel cage failed and in turn caused damage to a hole that was being excavated to form a foundation. The Travelers Property Casualty of America (herein "St. Paul Travelers") has received no additional documentation concerning this event.

The two letters referenced in your October 13, 2004 correspondence were issued concerning coverage related to the Commercial General Liability Policy. Please contact Claim Handler Lorrie Hasson for additional information concerning the Commercial General Liability portion of the loss. These letters have no bearing on possible coverage provided under the first party Commercial Property Policy.

In conjunction with our further investigation into the facts surrounding this claim, we have retained the engineering firm of CCA Incorporated assist us. As part of this review, it is possible that a representative of CCA Incorporated may need to speak with Greg Maurer or other employees/principals of Aetna Bridge Company most familiar with this loss.

We request that, if contacted by CCA Incorporated, you fully cooperate with them so that they can complete their review in a thorough and timely manner. Additionally, if there is any additional information or documentation you wish that we consider, please forward the same to the undersigned.

Until the above information is obtained, we are unable to determine coverage as it relates to the first party Commercial Property Policy.

St.Paul Travelers agrees to complete this investigation under a full reservation of rights and at this time would like to inform you of the following policy conditions:

Please refer to your Commercial Inland Marine Conditions CM 00 010695 to the portion entitled **C. DUTIES IN THE EVENT OF LOSS**

You must see that the following are done in the event of "loss" to Covered Property:

2. Give us prompt notice of the "loss." Include a description of the property involved.
6. Permit us to inspect the property and records proving the "loss."
7. If requested, permit us to question you under oath, at such times as may be reasonably required, about any matter relating to this insurance or your claim, including your books, and records. In such event, your answers must be signed.
8. Send us as signed, sworn statement of "loss" containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.
10. Cooperate with us in the investigation or settlement of the claim.

We will conduct any investigation or activity in connection with this claim under a full Reservation of St Paul Travelers rights. Such investigation or activity does not prejudice our rights to disclaim coverage at a later date.

Please understand that we are not denying the coverage or protection afforded under the policy. We are sending this letter so that we can proceed to handle the investigation of this case pending a final decision on the above issues.

Also, your correspondence suggests that you have obtained legal representation with regard to the liability claims. Please advise us at your earliest convenience if Attorney Walsh is representing Aetna Bridge on all matters as it relates to these losses.

Upon completion of the above information we will be able to bring this claim to an amicable conclusion. If you should have any questions or concerns, please do not hesitate to contact me at 1-800-422-3340 extension 6655.

Sincerely,

Matthew Bogosh
Property Claim Representative
The Travelers Property Casualty Company of America

CM

Travelers

P. O. Box 111
Middleboro, Ma 02344-0111

Karen Enos
Claims Representative
1-800-422-3340 Ext. 6456
Fax: 1-877-786-5584

Chris

November 8, 2004

Aetna Bridge Company
30 Lockbridge Street
Pawtucket, RI 02860

RE: Insured: Aetna Bridge Company
Policy Number: QTJ660 221D040A
Claim Number: AET4824
DOL: April 9, 2004
Type of Loss: Damaged Sub contractor's equipment

Dear Mr. Mainelli:

We have recently received a request that we reopen this claim for further review. In conjunction with this request, we have retained the engineering firm of CCA, LLC to assist us. As part of this review, it is possible that a representative of CCA, LLC may need to speak with Mark Mainelli or other employees/principals of Aetna Bridge Company most familiar with this loss.

We request that, if contacted by CCA, LLC, you fully cooperate with them so that they can complete their review in a thorough and timely manner. Additionally, if there is any additional information or documentation you wish that we consider, please forward the same to the undersigned.

This letter does not, nor is it intended to, waive any of the rights Travelers may have under the terms of your insurance policy or at law. Travelers expressly reserves all of its rights under the policy and at law. Neither this letter, nor any past or future conduct by Travelers regarding this claim shall modify, limit, estop or waive any of Travelers' rights.

Should you any questions or concerns, please feel free to contact me. I am available Monday through Friday, between the hours of 7:00am and 3:45pm at 800-422-3340 Ext. 6456

Sincerely,

Karen Enos

Karen Enos
Claim Representative
Travelers Property Casualty Company of America

cc: J. Barry Driscoll Insurance Inc.

RECEIVED
NOV 9 2004
30 LOCKBRIDGE ST.
PAWTUCKET, RI 02860