file

ST PAUL TRAVELERS

44 Bedford Street
P.O. Box 111
Middleboro, MA 02344-0111

**Matthew Bogosh**
Claim Representative
Northeast Regional Claims Office
TEL: (800) 422-3340 x 6573
FAX: (877) 786-5584

December 7, 2004

AETNA BRIDGE COMPANY
C/O MR HUGO R MAINELLI JR
30 LOCKBRIDGE STREET
PAWTUCKET RI 02860

Dear Mr. Mainelli:

INSURED: AETNA BRIDGE COMPANY
DATE OF LOSS: 1/16/2004 AND 4/9/2004
POLICY NUMBER: QTJ660-221D040A
CLAIM NUMBER: C2U8573 & AET4824

Please accept this letter in reference to your correspondence dated November 24, 2004 and received in this office on November 29, 2004 concerning the above captioned losses. Your correspondence states that you "seek full payment of the rightful sums that it is entitled to receive as first party benefits pursuant to the installation coverage or other coverage afforded in its policy inquiry as the result of the January 16, 2004 incident and the April 9, 2004 incident."

Please be advised that the file previously being handled by Ms. Karen Enos (claim number AET4824) and related to the April 9, 2004, will now be transferred to myself for conclusion. We will continue to investigate each incident independently as to the Travelers Property Casualty Company of America (herein St Paul Travelers) coverage obligations.

As you are aware, in conjunction with our further investigation into the facts surrounding these claims, we have retained the engineering firm of CCA Incorporated to assist us. As part of this review, a representative of CCA Incorporated will need to speak with Greg Maurer and/or other employees/principals of Aetna Bridge Company most familiar with these losses.

We again request that, when contacted by CCA Incorporated, you fully cooperate with them so that they can complete their review in a thorough and timely manner. Additionally, if there is any additional information or documentation you wish that we consider, please forward the same to the undersigned.

Until the above investigation is completed, we are unable to determine coverage as it relates to the first party Commercial Property Policy for either of the above captioned claims.

St. Paul Travelers agrees to complete this investigation under a full reservation of rights and at this time would like to inform you of the following policy conditions:

We will conduct any investigation or activity in connection with this claim under a full Reservation of St Paul Travelers rights. Such investigation or activity does not prejudice our rights to disclaim coverage at a later date.

Please understand that we are not denying the coverage or protection afforded under the policy. We are sending this letter so that we can proceed to handle the investigation of these cases pending a final decision on the above issues.

Also, your prior correspondence suggests that you have obtained legal representation with regard to the liability claims. Please advise us at your earliest convenience if Attorney Walsh is representing Aetna Bridge on all matters as it relates to these losses.

Upon completion of the above, we will be able to bring these claims to an amicable conclusion. If you should have any questions or concerns, please do not hesitate to contact me at 1-800-422-3340 extension 6655.

Sincerely,

Matthew Bogosh
Property Claim Representative
The Travelers Property Casualty Company of America