AETNA

January 20, 2005

J. Barry Driscoll Insurance Agency
600 Longwater Drive
Norwell, MA 02061

Attn: Dennis Driscoll

Re: Washington Bridge Drilled Shaft #1
RI Contract 2002-CB-097
Property Claim – January 16, 2004
Providence, RI

Dennis:

Enclosed please find our claim, with proper back-up, for the accident that occurred on January 16, 2004, at the referenced project site.

These charges are current through the date of this letter. Please forward this claim to Travelers Insurance for prompt payment.

Sincerely,
Aetna Bridge Company

Hugo R. Mainelli III
Vice President

Enclosures

Aetna Bridge Company 30 Lockbridge Street. Pawtucket, R.I. 02860 Tel. (401) 728-0400 • Fax (401) 724-6350
EQUAL OPPORTUNITY EMPLOYER

**Washington Bridge Drilled Shafts**

Claim to Traveler's Insurance
Accident - January 16, 2004

| Item | Notes | units | quantity | rate | total |
|---|---|---|---|---|---|
| **Drilled Shaft #1** | From January 16, 2004 thru March 12, 2004 | | | | |
| 1) NEFCo Charges | Per NEFCo Invoice dtd. 2 July 2004 | ls | 1 | $239,937.00 | $239,937.00 |
| 2) Furnish Replacement Reinforcing Steel | Per Barker Steel Invoice dtd. 03/11/2004 | ls | 1 | $18,587.38 | $18,587.38 |
| 3) Hours Paid Jac-Lyn (Overage) | Paid under Subcontract Provisions | hr | 69.25 | $62.00 | $4,293.50 |
| 3) Extension of Project Overhead | Time-related (Supervision & Support) | mo | 2 | $12,000.00 | $24,000.00 |
| 4) Aetna Site Clean-up & Disposal | Includes Specialty Diving Services | ls | 1 | $5,300.00 | $5,300.00 |
| **Total - D/S #1** | | | | | **$292,117.88** |