AETNA

January 20, 2005

J. Barry Driscoll Insurance Agency
600 Longwater Drive
Norwell, MA 02061

Attn: Dennis Driscoll

Re: Washington Bridge Drilled Shaft #7
RI Contract 2002-CB-097
Property Claim – April 9, 2004
Providence, RI

Dennis:

Enclosed please find our claim, with proper back-up, for the accident that occurred on April 9, 2004, at the referenced project site.

These charges are current through the date of this letter. Please forward this claim to Travelers Insurance for prompt payment.

Sincerely,
Aetna Bridge Company

Hugo R. Mainelli III
Vice President

Enclosures

Aetna Bridge Company 30 Lockbridge Street, Pawtucket, R.I. 02860 Tel. (401) 728-0400 • Fax (401) 724-6350
EQUAL OPPORTUNITY EMPLOYER

**Washington Bridge Drilled Shafts**

Claim to Traveler's Insurance
Accident - April 9, 2004

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Drilled Shaft #7** | From April 9, 2004 thru January 20, 2005 | | | | | | |
| 1) NEFCo Charges | Per NEFCo Invoice dtd. 15 June 2004 | ls | 1 | $132,044.00 | $132,044.00 | | |
| 2) Extension of Project Overhead | Time-related (Supervision & Support) | mo | 0.3 | $12,000.00 | $3,600.00 | | |
| 3) Diving Services | Includes Aqua Tech Marine Construction | ls | 1 | $18,075.61 | $18,075.61 | | |
| 4) Extension of Water Ferry | Time-related (Aetna) | mo | 0.3 | $10,000.00 | $3,000.00 | | |
| 5) Barges (2xMini Aetna, 1x 30x90 Rental) | Water Assistance (Aetna) | mo | 0.3 | $5,000.00 | $1,500.00 | | |
| 6) Pulse Echo Testing | Geosciences Testing + Aetna Support (as of 1-14-05) | ls | 1 | $21,304.32 | $21,304.32 | | |
| 7) Core Drilling | New Hampshire Boring + Aetna Support (as of 1-14-05) | ls | 1 | $42,875.88 | $42,875.88 | | |
| 8) Cardi Concrete Supply | Standby Costs - April 9, 2004 | ls | 1 | $3,566.85 | $3,566.85 | | $225,966.66 |
| | Total - D/S #7 | | | | $225,966.66 | | |