ST PAUL TRAVELERS

44 Bedford Street
P.O. Box 111
Middleboro, MA 02344-0111

Matthew Bogosh
Claim Representative
Northeast Regional Claims Office
TEL: (800) 422-3340 x 6573
FAX: (877) 786-5584

April 7, 2005

AETNA BRIDGE COMPANY
C/O MR. MAINELLI
30 LOCKBRIDGE STREET
PAWTUCKET RI 02860

Insured: Aetna Bridge Company
Policy Number: QTJ660 221D040A
Claim Number: AET4828 J FR
Date of Loss: April 9, 2004

Dear Mr. Mainelli:

We are writing to acknowledge receipt of this claim on May 26, 2004, and to inform you that after a careful review of the policy issued to the Aetna Bridge Company by the Travelers Property Casualty Company of America, this claim is not covered by the policy. We have notified your agent, J Barry Driscoll Insurance Inc. on April 7, 2005. The reasons for this decision are set forth more fully below.

You have submitted a claim for damage to a steel cage at (DS7). Our investigation, with the assistance of CCA, Inc. reveals that a steel cage was damaged when cables holding the cage slipped through brackets that were not properly tightned. As a result, the cage fell and was damaged.

We refer you to your **INSTALLATION COVERAGE FORM IZ028 04** which provides in relevant part as follows:

**A. COVERAGE**

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

2. **Covered Causes of Loss**

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" except those causes of "loss" listed in the Exclusions.

AETNA BRIDGE COMPANY
April 7, 2005

**B. EXCLUSIONS**

3. We will not pay for "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

h. Omission in, or faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting, design or specifications; or

(2) Materials, workmanship or maintenance.

This exclusion only applies to "Installation".

**F. DEFINITIONS**

19. "Installation" means:

Property described in the Declarations under "Installation" owned by you or property of others for which you are legally liable, that you or your subcontractors will install, erect or fabricate at the "job site";

a. While in transit to the "job site" or to a temporary storage location, but only if the property has been assigned to a specific "job site";

b. During and after installation, erection or fabrication at the "job site";

c. While at the "job site" or other temporary storage locations, but only if the property has been assigned to a specific "job site".

"Installation" does not include:

b. Buildings or structures that existed at the "job site" prior to the inception of this policy;

c. Land (including land on which the property is located) or water.

20. "Job site" means the premises where the "Installation" will be permanently located at completion of the construction, installation, erection or fabrication.

This loss is excluded under the above quoted language because the damage to the steel cage was the result of faulty workmanship. Because there is no coverage for this loss, the Travelers Property Casualty Company of America will not be making payment on this claim.

AETNA BRIDGE COMPANY
April 7, 2005

This letter does not, nor is it intended to, waive any of the rights the Travelers Property Casualty Company of America may have under the terms of your insurance policy or at law. This letter is not intended to be an exhaustive statement of all exclusions and/or conditions which may be applicable. All rights which the Travelers Property Casualty Company of America may have under the terms of your insurance policy and at law are specifically reserved. We expressly do not waive our right to deny coverage for any other valid reason.

The position of the Travelers Property Casualty Company of America on this matter is based upon our assessment of the information presently available to us. If you have any additional information that you feel would be relevant to our coverage determination, please forward that information to me for our consideration.

We will be available to you to discuss the position we have taken. Should you, however, wish to contact the Rhode Island Department of Business Regulation, you may do so at the address listed below. In certain limited circumstances the Department may have jurisdiction pursuant to R.I. Gen. Laws. § 27-9.1-6 and therefore, you may be able to have the matter reviewed by the Department. The Department of Business Regulation does not have authority to settle or arbitrate claims, determine liability or order an Insurer to pay a claim.

Rhode Island Department of Business Regulation
Insurance Division
233 Richmond Street
Providence, RI 02903
The Rhode Island Department of Business Regulation, Insurance Division can be contacted by telephone at (401) 222-2223.

Should you have any questions, I am available Monday through Friday, between the hours of 8:15 am to 5:00 pm at (800) 422-3340 x 6573.

Sincerely,

Matthew Bogosh
Claim Representative
The Travelers Property Casualty Company of America

cc: J Barry Driscoll Insurance Inc.