ST PAUL TRAVELERS

44 Bedford Street
P.O. Box 111
Middleboro, MA 02344-0111

**Matthew Bogosh**
Claim Representative
Northeast Regional Claims Office
TEL: (800) 422-3340 x 6573
FAX: (877) 786-5584

May 18, 2005

Higgins, Cavanagh and Cooney, LLP
Attn: John Walsh, Jr.
123 Dyer Street
Providence, RI 02903

Dear Mr. Walsh:

Insured: Aetna Bridge Company
Date of Loss: January 16, 2004
Claim Number: C2U8573, AET4828

Dear Mr. Walsh:

This correspondence is in response to your letters dated April 25, 2005, in that you do not agree with our position regarding coverage for the damages to our insured, Aetna Bridge. This denial was the result of an investigation of the facts surrounding the loss by the engineering firm of CCA, LLC.

Please be advised that we are currently reviewing our policy, and the engineering report on the cause of loss and damages in this matter. Please note that we will review the sections outlined in your letter to our office. We will advise you upon completion of review of the materials outlined above.

If you have any questions please contact me at 508-946-6573. Thank you.

Sincerely,

Matthew Bogosh
Residential and Commercial Property Adjuster
Travelers Property Casualty Company of America