# United States District Court

DISTRICT OF
RHODE ISLAND

AETNA BRIDGE COMPANY, INC. and
AETNA BRIDGE HOLDING COMPANY

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 2005- 283 ML

TRAVELERS INSURANCE COMPANY

TO: (Name and Address of Defendant)

Insurance Commissioner
Michael Marques, Director
Department of Business Regulations
233 Richmond Street
Suite 237
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

John T. Walsh, Jr. (#0483)
HIGGINS, CAVANAGH & COONEY, LLP.
123 Dyer Street
Providence, RI 02903
401-272-3500 (Phone)
401-273-8780 (Facsimile)

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE

BY DEPUTY CLERK

(2)

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 6-29-05 |
| NAME OF SERVER (PRINT) FREDERICK J. McCARTHY | TITLE Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Insurance Commission office
233 Richmond St. Prov. RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40. |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-29-05
*Date*

[signature]
*Signature of Server*

28 Hillside Dr Warwick, R.I.
*Address of Server*

2005 JUN 30 P 1:12

FILED

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.