UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AETNA BRIDGE COMPANY
Plaintiff,

VS. C.A. NO. 2005-283ML

TRAVELERS INSURANCE COMPANY
Defendant

**MEMORANDUM IN SUPPORT OF FIRST AMENDED COMPLAINT**

Plaintiff Files its First Amended Complaint to correct an error in the identification of the plaintiff entity. In the original Complaint filed on or about June 29, 2005 two entities had been identified as parties plaintiff. Due to the prior merger of those entities into Aetna Bridge Company as the survivor corporation, the original Complaint requires correction. Aetna Bridge Company was insured by defendant and is also the entity that contracted with RIDOT for Rhode Island Contract 2002-CB-097 for the Reconstruction of the Washington Bridge No. 200; Drilled Shafts.

Pursuant to the provisions of the Federal Rules of Civil Procedure 15(a), this amendment to the Complaint requires no motion for leave to amend because it is filed within 20 days after the original Complaint was served.

Plaintiff,
AETNA BRIDGE COMPANY
By Its Attorneys,

John T. Walsh, Jr., (#0483)
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500 (Phone)
(401) 273-8780 (Facsimile)

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within on this 18 day of July, 2005 to:

James P. Marusak, Esq.
1 Turks Head Place
Providence, RI 02903

Nancy Hebert