RECEIVED
SEP 15 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AETNA BRIDGE COMPANY, INC. and
AETNA BRIDGE HOLDING COMPANY,
Plaintiff

VS. C.A. No.: 2005-283ML

TRAVELERS INSURANCE COMPANY
Defendant

## STIPULATION

The parties hereby stipulate and agree that the time within which the Defendant may respond with full force and effect to the Plaintiffs' Complaint may be extended up to and including **September 22, 2005**.

James P. Marusak #2470
*For Defendant Travelers Insurance Company*
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place
Suite 900
Providence, RI 02903
(401) 274-6644 (Phone)
(401) 274-6644 (Facsimile)

Date: 9/15/05

John Walsh, Jr. #0483
*For Plaintiffs, Aetna Bridge Company, Inc. and Aetna Bridge Holding Company*
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
(401) 272-3500 (Phone)
(401) 273-8780 (Facsimile)

Enter: Mary M. Lisi
USDJ 9/16/05