RECEIVED
OCT 21 2005
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

AETNA BRIDGE COMPANY, INC. and
AETNA BRIDGE HOLDING COMPANY,
Plaintiff

VS. C.A. No.: 2005-283ML

TRAVELERS INSURANCE COMPANY
Defendant

**DISMISSAL STIPULATION**

The parties hereby agree that the above-captioned matter is hereby dismissed with prejudice, no interest, no costs.

James P. Marusak #2470
*For Defendant Travelers Insurance Company*
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place
Suite 900
Providence, RI 02903
(401) 274-6644 (Phone)
(401) 274-6644 (Facsimile)

Date: 10/21/05

John Walsh, Jr. #0483
*For Plaintiffs, Aetna Bridge Company, Inc. and Aetna Bridge Holding Company*
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
(401) 272-3500 (Phone)
(401) 273-8780 (Facsimile)

Enter:
Mary M. Lisi USDJ 10/21/05